```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bauble Bar, Inc.,

Plaintiff/Counterclaim-Defendant,

vs.

International Diamond Importers, Inc., doing business as I.D.I. Design and Meira T Designs,

Defendant/Counterclaim- Plaintiff.

Case No.: 1:16-cv-07509-KMW

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Counterclaim-Defendant Bauble Bar, Inc. ("Bauble Bar") and Defendant/Counterclaim-Plaintiff International Diamond Importers, Inc., doing business as I.D.I. Design and Meira T Designs ("IDI") hereby stipulate and agree to a dismissal of this action with prejudice, including the claims against Defendant IDI and the counterclaims against Counterclaim-Defendant Bauble Bar. Each party shall bear its own attorneys' fees and costs.

Dated: New York, New York
January 19, 2017

DENTONS US LLP

By: *David Baum* /vm
David Baum
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
*Attorneys for Plaintiff*

EPSTEIN DRANGEL LLP

By: *Kerry B. Brownlee*
Kerry B. Brownlee
60 East 42nd Street, Suite 2520
New York, NY 10165
(212) 292-5390
*Attorneys for Defendant*

SO ORDERED: 2-1-17

*Kimba M. Wood*
KIMBA M. WOOD
U. S. D. J.